IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT JAMES GRIFFIN,

       Petitioner,

v.                              3:10cv259-WS

KENNETH S. TUCKER,

       Respondent.
_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

       Before the court is the magistrate judge's report and recommendation docketed June 12, 2012. See Doc. 19. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be denied. The petitioner has filed objections (doc. 20) to the magistrate judge's report and recommendation.

       Upon review of the record in light of the petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

       1. The magistrate judge's report and recommendation (doc. 19) is hereby ADOPTED and incorporated by reference into this order.

       2. The petitioner's petition for writ of habeas corpus (doc. 1) is hereby DENIED.

       3. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is denied."

4. A certificate of appealability shall not issue.

DONE AND ORDERED this   28th   day of     June   , 2012.


                                        s/ William Stafford
                                        WILLIAM STAFFORD
                                        SENIOR UNITED STATES DISTRICT JUDGE